```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 13766
    DARRELL G YOUNG
    KATHLEEN A YOUNG                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
    SSN XXX-XX-1232    SSN XXX-XX-6784
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/30/08 .

   2.  The case was dismissed without confirmation, 10/10/2008.

   3.  The Debtor paid a total of $   3032.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IN | SECURED | .00 | .00 | 106.02 |
| AMERICAN EAGLE BANK | SECURED VEHIC | .00 | .00 | 575.33 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | 1797.10 |
| PRAIRIE TRAIL CREDIT UNI | SECURED VEHIC | .00 | .00 | 379.70 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LANE BRYANT | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE TRAIL CREDIT UNI | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE TRAIL CREDIT UNI | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |

```
      Summary of disbursements:
------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED      OTHER      TOTAL
------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00        .00        .00        .00
PRINCIPAL PAID      2858.15        .00        .00        .00    2858.15
INTEREST PAID           .00        .00        .00        .00        .00
TOTAL PAID          2858.15        .00        .00        .00    2858.15
```

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   3500.00
and was paid $   1384.00  direct and $      .00  through the plan.

The Trustee received $    173.85 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/14/09                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 13766 DARRELL G YOUNG & KATHLEEN A YOUNG